UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRYAN JONES,

        Plaintiff,

v.

WASHTENAW COUNTY,

        Defendant.
_____/

Case No. 08-13796

HONORABLE AVERN COHN

## JUDGMENT

For the reasons stated in the Memorandum and Order entered and filed on this date, judgment is entered in favor of defendant Washtenaw County.

DAVID WEAVER

Dated: November 17, 2010        By: s/Julie Owens
                                           Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, November 17, 2010, by electronic and/or ordinary mail.

                                          S/Julie Owens
                                          Case Manager, (313) 234-5160